Earl Robert HELLER, Plaintiff–
Appellant

v.

UNITED STATES OFFICE OF PER-
SONNEL MANAGEMENT, De-
fendant–Appellee.

No. 11–51058
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 10, 2012.

Earl Robert Heller, El Paso, TX, pro se.

Before REAVLEY, SMITH, and
PRADO, Circuit Judges.

PER CURIAM: *

The district court dismissed the com-
plaint because it was not filed within the
30 days after receiving notice of the re-
viewable order of the Merit System Pro-
tection Board.   In this appeal Mr. Heller
does not contest or object to that ruling
and judgment of the district court.   It
must be affirmed.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.